UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VONDA L. SHEIMAN and
DANIEL W. SOBOTTKA,

      Plaintiffs,

v.                                                                    Case No. 8:26-cv-1082-WFJ-AAS

FORD MOTOR COMPANY and
SARASOTA 500 LLC,

      Defendants.

_____/

## **ORDER**

Before the Court is Defendant Ford Motor Company's Notice of Withdrawing Ford's Notice of Removal (Dkt. 4). The Notice is unopposed. Although unopposed, this Court must independently review its jurisdiction before remanding.[1] After careful consideration of the entire file, the Court remands for lack of subject matter jurisdiction.

On April 14, 2026, this products liability case was removed based on diversity jurisdiction. Unbeknownst to counsel for Ford Motor Company, service

---

[1] *See Elliott v. Bonefish Grill, LLC*, No. 5:18-cv-46 (CAR), 2018 WL 1083472, at *1 (M.D. Ga. Feb. 28, 2018) ("This Court does not have the discretion to remand a properly removed action simply because both parties consent to remand".); *McTaggart v. Lewis Tree Serv., Inc.*, No. 5:13-cv-187-Oc-10PRL, 2014 WL 12873049 (M.D. Fla. Apr. 17, 2014) (remanding *sua sponte* for lack of subject matter jurisdiction because parties failed to establish diversity of citizenship).

was effectuated upon Defendant Sarasota 500 LLC, a non-diverse Defendant, on April 7, 2026.  *See* Dkt. 4 at 1.  At the time of removal, diversity did not exist.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Ford Motor Company's unopposed withdrawal of the Notice of Removal is well-taken as this Court does not have subject matter jurisdiction.

2. The Clerk is directed to remand this case to the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida.

3. Thereafter, the Clerk is directed to terminate any pending motions and close this case. Each party shall bear its own attorneys' fees and costs associated with removal.

**DONE AND ORDERED** at Tampa, Florida, on April 22, 2026.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of record

2